PJC
F.# 2021R00440

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

HUILING WU,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~  O R D E R

22-MJ-1293

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Trial Attorney Patrick J. Campbell, for an order unsealing the affidavit and complaint in support of an arrest and search warrant and the arrest and search warrant in the above-captioned matter, in light of the defendant's arrest.

       WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
          December 8, 2022

*Robert M. Levy*

_____

HONORABLE ~~SANKET J. BULSARA~~ ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK