UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,

      -against-

HUILING WU

                      Defendant.
-----------------------------------------------------------------X

Docket No. 22-MJ-1293

**NOTICE OF APPEARANCE**

**Substitution of attorney**

    **Warren R. Graham**, attorney duly admitted to practice law in the State of New York, as well as the United States District Court for the Eastern District of New York, affirms the truth of the following under the penalty of perjury:

    I have been retained to represent the above-captioned defendant Huiling Wu and hereby appear on her behalf. It is hereby agreed by the Defendant, Huiling Wu, that Warren R. Graham, from Hooper, Yang &Associates Law office be substituted as attorney of record for defendant and stead of the outgoing attorney, John G. Markin, from Garfunkel Wild, P.C.

Dated: February 2, 2023
         New York, New York

                                                Hooper, Yang & Associates Law Office P.C.

                                                By:  Warren R. Graham, Esq.
                                                Attorney for Defendant Huiling Wu
                                                450 7th Ave. Suite 305
                                                New York, NY 10123
                                                T - 212-268-8668
                                                hooperyanglaw@gmail.com

Defendant: _____
              Huiling Wu