Before:   THE HONORABLE PEGGY KUO
          United States District Court
          Eastern District Of New York
-------------------------------------------------------------------------X
UNITED STATES OF AMERICA                              22-MJ-1293

          -v.-                                        NOTICE OF
                                                      APPEARANCE

HUILING WU
                         Defendant
-------------------------------------------------------------------------X

PLEASE TAKE NOTICE, Defendant Huiling Wu herby appears in this action and has retained the undersigned as counsel.

Dated:  Cedarhurst, New York
        March 1, 2023

                                        Yours, etc.

                                        s/ Alan Gerson

                                        Alan Gerson, Esq.
                                        LAW OFFICE OF JOEL REBACK
                                        445 Central Avenue, Suite 208
                                        Cedarhurst, New York 11516
                                        (O)516-612-3272
                                        (C)516-510-8717
                                        (F)516-612-3273
                                        agerson@montaguelaw.com